United States District Court
Southern District of Iowa

RECEIVED
MAY 27 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

G. Q. Jackman
Plaintiff

Case No.

v.

Bryan Singer; Gary Goddard; Garth Ancier; Donald Sterling; Adam Silver; Jason Kidd; Mikhail Prokhorov; Vanessa Stiviano; Shelly Sterling; Brooklyn Nets; NBA
Defendants

Emergency Preliminary Injunction, Temporary Restraining Order, TRO
Sexual Harassment & Violation of Trading with Enemy

The Defendants are dangerous. Bryan Singer is X-Men director who molested and raped a 14 year old, who filed another sexual harassment against Singer, Goddard and Ancier on May 3 in Los Angeles Federal Court. I seek a restraining order against them raping little boys in Iowa. This court has jurisdiction under 28 USC 1331. Defendant Singer, Goddard Ancier will lure Iowa boys from Movie

theaters and give them alcohol and drugs then molest them. They must be stopped from hurting our children, they are sick pedophiles that deserve prison just like Sandusky. I will never watch X-men, Superman returns, Jekyll & Hyde, Jesus Christ superstar. I wont support the defendants movies which will pay for their lawyers to defend themselves and buy their way out of troubles. They are sick pedophile perverts. Defendants need GPS and their penis cut off. Jason Kidd Brooklyn Nets coach of the NBA raped profusely Thomas Nicholas. Nickolas filed sexual harrassment rape lawsuits against Jason Kidd in Pittsburgh Federal court and Kidd covertly payed off Nicholas in February 2014 and had the case sealed. The Brooklyn Nets owner uses Nets ticket revenue and launders the money to Russia, where Russia uses it to kill innocent women and children in Ukraine. Adam Silver is a hypocrite. Congress must investigate the Nets owner and co-conspirators, they are violating President Obamas economic sanction on Russia.

I seek a restraining order against the NBA broadcasting games in Iowa. Men in U.S. prisons are waiting for defendant singer to enter the prison industrial complex. On twitter everyone keeps tweeting to Boycott and sue the NBA and defendants over and over in all courts, the world must know the Brooklyn Nets owner is evil and make satan look like a choir boy in the cub scouts. I want to whistleblow this entire scam. I have a constitutional right to whistleblow and will whistleblow on end and others will be whistleblowing until this is brought to the forefront of the media outlets. I will consider stopping only if this is broadcast in newspapers and CNN, HNN and or Good Morning America so I can hopefully help and or save the American and Ukrainian people from these sick monsters.

Sincerely,

5-21-14

G.Q Jackman
1 Geoffrey Way
Wayne, NJ 07470

SON TRUONG
JB6583
301 Institution DR.
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
123 E. Walnut St.
Des Moines, Iowa 50306